E-FILED
Thursday, 10 June, 2010  02:28:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **KATIE MAE WELCH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 10-CV-2023 |
| ) | |
| **ILLINI HERITAGE REHAB & HEALTH CARE,** ) ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on May 18, 2010. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Plaintiff's Motion to Amend Complaint (#15) is DENIED and Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (#11) is GRANTED. Plaintiff's pro se Complaint (#1) is dismissed with prejudice.

(3) This case is terminated.

ENTERED this   10th   day of  June , 2010.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE